

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00389-CV

---

Primitivo Torres-Martinez, Appellant

v.

Brenda M. Torres, Appellee

---

On Appeal from the 73rd District Court
Bexar County, Texas
Trial Court No. 2024-CI-02056

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the trial court and remand for further proceedings. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 15th day of January 2026.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.